UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:26–cv–01623–MWF–AGR          Date        May 21, 2026

Title        MARIO RUIZ V. JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

         Rita Sanchez                                      Not Reported;
       Courtroom Deputy                                  Court Reporter

    Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
          None Present                                  None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

        In light of the Notice of Settlement filed 5/13/26, the Court sets a hearing on Order To Show Cause Re Dismissal for June 24, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

        **IT IS SO ORDERED.**

                                                    Initials of Clerk:  rs